UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:                                                                                                           CASE NO. 18-50330

GENNADI DOROCHENKO
AND IRINA DOROSHENKO
                                                                                                                      CHAPTER 7
        DEBTORS.

# NOTICE OF APPEARANCE AND REQUEST
# FOR SERVICE AND NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned Chapter 7 case as counsel on behalf of First Home Bank ("First Home") and requests that all notices given or required to be given in this case, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, telefax, telegraph, telex or otherwise, which affect the Debtor to be served upon:

> Tyler Powell
> Frost Brown Todd LLC
> 250 West Main Street, Suite 2800
> Lexington, Kentucky 40507
> Tel.: (859) 231-0000
> Fax: (859) 231-0011
> E-mail: tpowell@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over First Home, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding so triable herein, or in any

case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which First Home is or may be entitled under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments it expressly reserves.

Dated: March 20, 2018

Respectfully submitted,

FROST BROWN TODD LLC

/s/ Tyler Powell
Tyler Powell
KY Bar ID: 90520
250 West Main Street, Suite 2800
Lexington, Kentucky 40507
Tel.: (859) 231-0000
Fax: (859) 231-0011
E-mail: tpowell@fbtlaw.com
***Attorney for Creditor,***
***First Home Bank***

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served on the 20th day of March, 2018 to all parties served by the Court via CM/ECF noticing.

/s/ Tyler Powell
***Attorney for Creditor,***
***First Home Bank***

0138013.0656224  4830-4558-1151v1

2